
FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ CW _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID PRADO FLORES, AKA<br>GERARDO AVILA ZALDIVAR,<br><br>Defendant. | Case No. 2:09-CR-01103(A)-ODW<br><br>ORDER OF DETENTION<br>[18 U.S.C. §§ 3146; 3148(b), 3143(a)] |

I.

On February 25, 2019, Defendant David Prado Flores aka Gerardo Zaldivar ("Defendant") made an initial appearance in this district following his arrest on a bench warrant issued by the United States District Court for the Central District of California on February 20, 2014 for alleged violations of the terms and conditions of pretrial release pursuant to 18 U.S.C. § 3146, Case No. 2:09-CR-01103(A)-ODW ("Warrant").

The Court appointed Deputy Public Defender Jill Ginstling to represent Defendant.

The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency and its recommendation of detention.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there no longer exists any condition or combination of conditions of release that reasonably will assure Defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

2. The Court has taken into account the allegations of Defendant's noncompliance with the conditions of pretrial release as alleged in the Warrant.

The Court finds that the conduct defendant is alleged to have engaged in constitutes a change in circumstances that justifies reconsideration of the decision to allow him to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

II.

IT IS THEREFORE ORDERED that Defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal

///

///

for the purpose of an appearance in connection with a court proceeding.
[18 U.S.C. § 3142(i).]

Dated: February 26, 2019

                                           /s/
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE